**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   SANDRA WILSON                                    Case No.: 09-27051

              Debtor(s)
-----------------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2009.

2) This case was confirmed on 10/26/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/21/2009.

6) Number of months from filing to the last payment:  5

7) Number of months case was pending:  8

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    4,700.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,701.95 |
| Less amount refunded to debtor | $ | 403.85 |
| **NET RECEIPTS** | $ | 3,298.10 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,077.95 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 228.65 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,306.60 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 1,268.00 | 1,268.00 | 1,268.00 | .00 | .00 |
| PREMIER BANKCARD INC | UNSECURED | 498.00 | NA | NA | .00 | .00 |
| CALVARY PORTFOLIO SE | UNSECURED | 696.00 | 696.17 | 696.17 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 1,522.00 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 1,312.25 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 286.00 | 286.31 | 286.31 | .00 | .00 |
| MONROE & MAIN | UNSECURED | 330.00 | 330.08 | 330.08 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,351.00 | 2,172.57 | 2,172.57 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 811.00 | 753.85 | 753.85 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 307.00 | 307.52 | 307.52 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 95.00 | 95.33 | 95.33 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 346.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | UNSECURED | 2,768.00 | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | 887.00 | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | 881.00 | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | 628.00 | NA | NA | .00 | .00 |
| AMERICAN SERVICING C | SECURED | 63,000.00 | 60,242.08 | .00 | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 11,350.00 | 11,350.00 | 11,350.00 | 600.00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 12,153.00 | 12,459.85 | 12,456.85 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 729.15 | 772.11 | 730.00 | .00 | .00 |
| ECMC | UNSECURED | 3,052.00 | 6,715.22 | 6,715.22 | .00 | .00 |
| AMERICAS SERVICING C | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
=======================================================================
 Scheduled Creditors:

 Creditor                    Claim         Claim         Claim      Principal      Int.
   Name          Class      Scheduled     Asserted      Allowed       Paid         Paid

 T-MOBILE/T-MOBILE US  UNSECURED       .00       504.32       504.32        .00        .00
 RJM AQUISITIONS FUND  UNSECURED       .00       740.25       740.25        .00        .00
 CITY OF CHICAGO WATE  UNSECURED    729.15           NA           NA        .00        .00
 COMMONWEALTH EDISON   UNSECURED  1,157.59           NA           NA        .00        .00
 INTERNAL REVENUE SER  UNSECURED       .00     7,632.07     7,632.07        .00        .00
 SHOP NBC              UNSECURED       .00        86.66        86.66        .00        .00
 MIDNIGHT VELVET       UNSECURED        NA          .00          .00        .00        .00
 GINNYS                UNSECURED       .00       346.42       346.42        .00        .00
 ROBERT J SEMRAD & AS  PRIORITY         NA          .00       391.50     391.50        .00
 AMERICAN SERVICING C  SECURED          NA     3,539.16          .00        .00        .00
 AMERICAS SERVICING C  OTHER            NA           NA           NA        .00        .00
=======================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 11,350.00 | 600.00 | .00 |
| All Other Secured | 730.00 | .00 | .00 |
| **TOTAL SECURED:** | 12,080.00 | 600.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,659.50 | 391.50 | .00 |
| **TOTAL PRIORITY:** | 1,659.50 | 391.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 33,123.62 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,306.60 |
| Disbursements to Creditors | $ | 991.50 |
| **TOTAL DISBURSEMENTS:** | $ | 3,298.10 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   03/18/2010         /s/ Tom Vaughn
                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**